IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KERRY L. BROOKS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-CV-1088-WDS |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| *Acting Commissioner of Social Security*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**STIEHL, District Judge:**

Before the Court is the Report and Recommendation of United States Magistrate Judge Clifford J. Proud (Doc. 29). It recommends that the Commissioner of Social Security's final decision denying plaintiff Kerry L. Brooks Disability Insurance Benefits and Supplemental Security Income be reversed and that this matter be remanded to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation included a notice that objections were to be filed on or before August 29, 2013. To date, no objections have been filed.

Therefore, upon review of the record, the Court **ADOPTS** the Report and Recommendation (Doc. 29). The Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is **DIRECTED** to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: August 30, 2013**

/s/ WILLIAM D. STIEHL
**DISTRICT JUDGE**